WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 NOV 19 13:27 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CAROL HAYES,**                                                          CV # 08-560-JE

          Plaintiff,

vs.                                                                        ORDER

**COMMISSIONER of Social Security,**

          Defendant.

_____

          Attorney fees in the amount of $4,350.00 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The check shall be sent

to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.


          DATED this 19th day of November, 2009.


_____
          John Jelderks, United States Magistrate Judge

Submitted on November 3, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1